## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Western Division

Gary L. Dotson, et al.
                              Plaintiff,

v.                                                                  Case No.: 3:21−cv−50214
                                                                   Honorable Iain D. Johnston

Menard, Inc.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 23, 2023:

      MINUTE entry before the Honorable Margaret J. Schneider: The Court has reviewed Defendant's motion to amend case management order [51]. Plaintiffs have until 03/31/23 to file any objection to Defendant's motion. Mailed notice. (jxk)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.