IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| GARY L. DOTSON and SANDRA S. DOTSON,<br><br>      Plaintiffs,<br><br>v.<br><br>MENARD, INC.,<br><br>      Defendant. | Case No. 3:21-cv-50214<br><br>Honorable Iain D. Johnston<br><br>Honorable Margaret J. Schneider<br>Magistrate Judge |

### DEFENDANT'S *UNILATERAL* STATUS REPORT[1]

Pursuant to the Court's May 26, 2023 MINUTE entry [Dkt. #57], Defendant, MENARD, INC., by its undersigned attorneys, submit the following Status Report:

1. Pursuant to the case management order amended by the Court and agreed upon by the parties on May 26, 2023, Plaintiffs were to make their Rule 26(a)(2)(C) disclosures by July 24, 2023.[2] Depositions of treating physicians to be completed by November 11, 2023. Fact discovery regarding damages to be completed by November 21, 2023. Expert discovery and dispositive motions are reserved at this time. *See* Dkt # 57.

2. Plaintiffs did not do so.

3. On July 27, 2023, Defendant filed a motion to bar the testimony of Plaintiffs' Rule 26(a)(2)(C) witnesses. *See* Dkt. #59.

DATED: July 28, 2023          Respectfully submitted,

                    **MENARD, INC.**

                    By: */s/ Joseph S. Davidson*

                    W. Anthony Andrews
                    Joseph S. Davidson

---

[1] This status report only represents Defendant's positions. As of 5:00 p.m. on July 28, 2023, Plaintiff's counsel has not responded to Defense counsel's request for comment on this status report.

[2] As stated in the Parties' Proposed Case Management Order [Dkt. #13], the Court considers treating physicians to be Rule 26(a)(2)(C) witnesses if opinion testimony will be elicited from the physicians.

Ottosen DiNolfo Hasenbalg & Castaldo, Ltd.
1804 N. Naper Blvd.
Suite 350
Naperville, IL 60563
(630) 682-0085
wandrews@ottosenlaw.com
jdavidson@ottosenlaw.com