UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| GARY L. DOTSON and, | ) | |
| SANDRA S. DOTSON, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 3:21-cv-50214 |
| | ) | |
| v. | ) | Hon. Iain D. Johnston |
| | ) | Hon. Margaret A. Schneider |
| MENARD, INC., | ) | Magistrate Judge |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S RULE 26(a)(2)(c) DISCLOSURE**

NOW COME the Plaintiffs, Gary and Sandra Dotson, by and through their attorney, Louis F. Pignatelli, of the law firm Pignatelli & Associates, P.C., and Plaintiffs' disclosures pursuant to Federal Rule 26(a)(2)(c), state as follows:

1. Plaintiff's treating medical providers:

| **Name of Treating Provider** | **Practice Address** |
|---|---|
| **Dr. William Helvey** | FHN Memorial Hospital |
| **Kimberly Price, PT** | 1045 W. Stephenson Street |
| **Dr. Donald Hay** | Freeport, IL 61032 |
| **Debra Lelle, PTA** | (815) 599-6000 |
| **Dr. Scott Trenhaile** | |
| | |
| **Dr. Richard Olson** | Orthoillinois |
| **Dr. Zeeshan Ahmad** | 5875 E. Riverside Boulevard |
| **Dr. Brian Braaksma** | Rockford, IL 61114 |
| | (815) 398-9491 |
| | |
| **Dr. Craig Pauls** | Family Health Quest |
| | 640 W. South Street |
| | Freeport, IL 61032 |
| | (815) 235-2301 |

2. In addition to the facts contained in the Plaintiff's medical records including the history taken from the patient, that the patient's medical expenses were customary and in keeping with typical charges and costs associated with treatment and medical care, that the incident complained of caused injuries to the Plaintiff as outlined below in the cases of individual treating providers, and that the Plaintiff's reports of injury and pain were credible, the expert witnesses listed herein are expected to testify on the following subjects:

> The witness's education, training, and experience; any and all medical history the witness obtained from Plaintiff; the cause of Plaintiff's injuries sustained as a result of the accident complained of; the mechanism of injury for the injuries sustained as a result of the accident complained of; the nature and extent of Plaintiff's injuries sustained as a result of the accident complained of, as well as the pain and suffering that such injuries would and did cause; the witness's treatment of Plaintiff as described in Plaintiff's medical record; the effects of the witness's treatment on Plaintiff's condition of injury; the prognosis for Plaintiff's injuries sustained as a result of the accident complained of; the relationship between the care and treatment provided and Plaintiff's injuries sustained on that date; the effect that the injuries sustained as a result of the accident complained of would and did have on Plaintiff's lifestyle and ability to work; the physical limitations that Plaintiff would experience as a result of the injuries sustained as a result of the accident complained of.

3. **Dr. William Helvey** is expected to testify to the following facts and opinions:

> That the incident complained of caused injury to Plaintiff; that the musculoskeletal pain Plaintiff reported on April 17, 2019, was caused by the April 16, 2019 incident complained of; and, that the contusions the witness observed when examining Plaintiff April 17, 2019, were caused by the April 16, 2019, incident complained of.

4. **Kimberly Price, PT** is expected to testify to the following facts and opinions:

That Plaintiff exerted appropriate effort to participate in his recovery and return to normal functioning; that Plaintiff's pain reports and other reports to the witness were credible; and, that Plaintiff exerted appropriate effort to participate in his recovery and return to normal functioning.

5. **Dr. Donald Hay** is expected to testify to the following facts and opinions:

That the incident complained of caused injury to Plaintiff; that the incident complained of caused injury to Plaintiff's thoracic back, shoulder, foot and wrist; that the musculoskeletal pain Plaintiff reported on April 17, 2019, and May 20, 2019 was caused by the April 16, 2019, incident complained of.

6. **Debra Lelle, PTA** is expected to testify to the following facts and opinions:

That Plaintiff exerted appropriate effort to participate in his recovery and return to normal functioning.

7. **Dr. Scott Trenhaile** is expected to testify to the following facts and opinions:

That the incident complained of caused injury to Plaintiff's left and right shoulders; that the arthroscopic shoulder surgery the witness recommended for Plaintiff and which was performed January 11, 2021, was necessitated by the incident complained of.

8. **Dr. Richard Olson** is expected to testify to the following facts and opinions:

That the incident complained of caused injury to Plaintiff's left and right shoulders, back, neck, and head; that the incident complained of exacerbated Plaintiff's pre-existing conditions of back pain, neck pain, and fibromyalgia; that the treatment the witness offered of injections were necessitated by the incident complained of.

9. **Dr. Zeeshan Ahmad** is expected to testify to the following facts and

opinions:

That the incident complained of caused injury to Plaintiff's back; that the incident complained of caused bilateral leg weakness; that the treatment the witness offered of injections were necessitated by the incident complained of; that Plaintiffs conditions of carpal tunnel syndrome and cubital tunnel syndrome were caused or exacerbated by the incident complained of.

3

10. **Dr. Brian Braaksma** is expected to testify to the following facts and opinions:

> That the incident complained of caused injury to Plaintiff's neck and back; that the incident complained of caused bilateral leg weakness; that the treatment the witness offered of injections were necessitated by the incident complained of; that Plaintiffs conditions of carpal tunnel syndrome and cubital tunnel syndrome were caused or exacerbated by the incident complained of; and, that Plaintiff exerted appropriate effort to participate in his recovery and return to normal functioning.

11. **Dr. Craig Pauls** is expected to testify to the following facts and opinions:

> That the incident complained of caused injury to Plaintiff's left and right shoulders, head, neck, and back; that Plaintiff exerted appropriate effort to participate in his recovery and return to normal functioning.

12. Plaintiffs' instant 26(a)(2)(c) disclosure is in addition to the 26(a)(2)(c) disclosure submitted prior to the February 15, 2021, telephonic conference. Dkt. 25.

13. Plaintiff's treatment is on-going; as such, Plaintiff respectfully requests to reserve the right to supplement expert witness disclosures in relation to that continuing treatment in the interests of justice.

                Respectfully submitted,

                GARY DOTSON and SANDA DOTSON,
                   Plaintiffs

                By:_____/s/_____
                   Louis F. Pignatelli

Louis F. Pignatelli
Pignatelli & Associates, P.C.
Attorneys for Plaintiffs
102 East Route 30
Rock Falls, Illinois 61071
T - (815) 626-0500 | F - (815) 626-0526
lpignatelli@nilawyers.com