# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Western Division

Gary L. Dotson, et al.
                           Plaintiff,

v.                                                                Case No.: 3:21−cv−50214
                                                                Honorable Iain D. Johnston

Menard, Inc.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 14, 2025:

      MINUTE entry before the Honorable Margaret J. Schneider: Telephonic status conference held on 01/14/25 to discuss the status of the case. Parties reported all settlement discussions have been exhausted, and the case is prepared to go to trial. Parties are directed to submit their proposed final pretrial order by 03/14/25, strictly following the procedures provided for in District Court Judge Iain D. Johnston's Standing Order on Pretrial Procedures located on the Court's website at www.ilnd.uscourts.gov. The parties are to submit their proposed final pretrial order to Judge Schneider's Proposed Order Inbox at Proposed_Order_Schneider@ilnd.uscourts.gov. Additionally, Plaintiff shall provide an initial draft of the final pretrial order to Defendant by 02/14/25. The Court will set further dates following receipt of the proposed order. Mailed notice. (jxk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.